IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ROBERT W. NEWSOME, etc.,

      Plaintiff,

v.                                    CASE NO.  5:04cv377-RH/WCS

UNITED STATES OF AMERICA, et al.,

      Defendants.

_____/

## ORDER FOR DISMISSAL

     By order dated May 5, 2005, plaintiff was directed to show cause by May 18, 2005, why this action should not be dismissed as against defendant Trend Western Technical Corporation for failure to serve process within the time allowed by Federal Rule of Civil Procedure 4(m).  Plaintiff has failed to respond.  It thus appears that all claims against Trend Western should be dismissed.  Judgment under Federal Rule of Civil Procedure 54(b) was previously entered dismissing all claims against the other defendant.  Final judgment therefore will be entered at this time under Federal Rule of Civil Procedure 58 dismissing the only remaining claims (those against Trend Western).  Accordingly,

     IT IS ORDERED:

The clerk shall enter judgment stating, "All claims against defendant Trend Western Technical Corporation are dismissed without prejudice for failure to serve process within the time allowed by Federal Rule of Civil Procedure 4(m)."  The clerk shall close the file.

SO ORDERED this 10th day of June, 2005.

s/Robert L. Hinkle<br>
Chief United States District Judge