# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

ROBERT W. NEWSOME, etc.,

     Plaintiff,

v.                               CASE NO.  5:04cv377-RH/WCS

UNITED STATES OF AMERICA, et al.,

     Defendants.

_____/

## **ORDER OF REMAND**

For the reasons set forth on the record of the telephonic status conference of July 26, 2005, and with the consent of all parties,

IT IS ORDERED:

1.  The Order for Dismissal entered June 10, 2005 (document 16) and Judgment entered June 13, 2005 (document 17), which dismissed without prejudice all claims against defendant Trend Western Technical Corporation, are hereby VACATED.  The Judgment entered May 5, 2005 (document 14), which dismissed without prejudice pursuant to Federal Rule of Civil Procedure 54(b) all claims against the United States, remains in full force and effect.  This action thus remains pending solely against defendant Trend Western Technical Corporation.

2. This action is remanded to the Circuit Court, Fourteenth Judicial Circuit, Panama City, Florida. The clerk shall take all steps necessary to effect the remand.

SO ORDERED this 26th day of July, 2005.

s/Robert L. Hinkle
Chief United States District Judge